UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23240-CIV-ALTONAGA/Goodman

**STEPHANE POIRIER**,

    Plaintiff,
v.

**CUBAMAX TRAVEL INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court at an October 9, 2018 Hearing [ECF No. 31] on Defendant, Cubamax Travel Inc.'s Motion for Temporary Stay [ECF No. 16]. For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion **[ECF No. 16]** is **DENIED**. The parties shall proceed with the deadlines set forth in the Order Setting Trial and Pre-Trial Schedule **[ECF No. 14]**.

**DONE AND ORDERED** in Miami, Florida, this 9th day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record